UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CASEY,

   Plaintiff,

v.                                        No. 4:24-cv-0746-P

UNKNOWN DEFENDANT,

   Defendant.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 5. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court notes that Plaintiff recently filed a Motion for Leave to Proceed in forma pauperis. ECF No. 6. Plaintiff's Motion was unsigned, however, and has no impact on the Court's ability to adopt the Findings, Conclusions, and Recommendation in this case.

The Court therefore **ORDERS** that this case is **DISMISSED without prejudice.**

**SO ORDERED** on this **6th day** of **September 2024.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE